No. A–365 (74–6458). SHADD v. HOGAN, WARDEN. C. A. 3d Cir. Application for bail, presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.

No. 74–712. UNITED STATES v. BORNSTEIN ET AL. C. A. 3d Cir. [Certiorari granted, 420 U. S. 906.] Motion of respondent Page for leave to proceed further herein *in forma pauperis* denied. *Snider* v. *All State Administrators, Inc.*, 414 U. S. 685 (1974).

No. 74–884. UNITED STATES v. POWELL. C. A. 9th Cir. [Certiorari granted, 420 U. S. 971.] Motions of respondent for leave to proceed further herein *in forma pauperis* and for appointment of counsel granted. It is ordered that Jerry J. Moberg, Esquire, of Moses Lake, Wash., is appointed to serve as counsel for respondent in this case.

No. 74–1107. CAPPAERT ET AL. v. UNITED STATES ET AL. C. A. 9th Cir. Motion to defer consideration of petition for writ of certiorari granted pending further order of this Court.

No. 74–6224. COLLIER v. UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT; and

No. 74–6267. CALLINAN ET AL. v. GARRITY, U. S. DISTRICT JUDGE, ET AL. Motions for leave to file petitions for writs of mandamus denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of these motions.